THOMAS J. MORRISON, Appellant, *v.* JOHN D. MACK et al., as Water Commissioners of North Gates Water District in the Town of Gates, Respondents.

(Argued October 24, 1932; decided November 22, 1932.)

*Philip M. Liebschutz* for appellant.

*Charles B. Bechtold* for respondents.

Judgment affirmed, with costs. *Held,* that the water commissioners may sue and be sued only for the breach of a contract entered into by them, pursuant to the Town Law. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.